Robinson & Rylander, P.C.
Attorneys At Law
St. Philip's Plaza
4340 North Campbell, Suite 266
Tucson, Arizona 85718
Office (520) 299-4922-Fax (520)299-1482

James L. Robinson, Jr.
PCB #48612 - Ariz. Bar #3184
Daniel J. Rylander
PCB #64969 - Ariz. Bar #15279

Attorneys for Debtors.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) In Proceedings Under Chapter 13 |
|---|---|
| GUILLERMO GRAJEDA SSN: XXX-XX-8213 | ) Case No. 4:09-bk-23358-EWH |
| DENISE GRAJEDA SSN: XXX-XX-6985 | ) APPLICATION FOR POST-PETITION ) ATTORNEYS' FEES AND ) ADMINISTRATIVE EXPENSE |
| Debtors. | ) |

ROBINSON & RYLANDER, P.C., attorneys for the above named Debtors, pursuant to 11 U.S.C. § 330(a), 331, 503(b), and Federal Bankruptcy 2016, herein apply for additional compensation for legal services and expenses incurred in the representation in the above reference case upon the grounds and for the reasons set forth below:

    1.    ROBINSON & RYLANDER, P.C. has agreed to represent the Debtors with regard to the ADVERSARY PROCEEDING to declare the second mortgage as a wholly unsecured claim. This is the Debtors' attorneys first post-petition fee application in this case.

    2.    Debtors' counsel requests fees and expenses in the amount of $1,250.00 be approved to be paid through the Plan. This is a flat fee

1

1 and further funds will not be requested in connection with this
2 matter.
3     **3. Services rendered by Robinson & Rylander P.C. include:**
4     **(a) Attorney conferences for the analysis of the Debtors'**
5     **position, advice and counsel regarding the adversary**
6     **proceeding.**
7     **(b) Assistance with and the processing of information**
8     **necessary to the preparation of the official forms required**
9     **by the Court to be filed in an adversary proceeding and the**
10     **actual preparation of any and all corresponding documents.**
11     **(c) Service of process necessary for the noticing out of the**
12     **adversary proceeding to all interested parties.**
13     **(d) Representation at any and at all hearings on the**
14     **adversary proceeding.**
15     **(e) Client consultations, Creditor negotiations and**
16     **conferences and representation as regards the adversary**
17     **proceeding and other interested parties.**
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

1     4. Administrative fees and costs under this application are to be
2 paid through the Plan. Fees requested in this application are not
3 being shared. This application represents only the fees and costs
4 incurred by Debtors' counsel.

    RESPECTFULLY SUBMITTED this 30th day of December, 2009.

                                       /s/
                                 DANIEL J. RYLANDER
                                 JAMES L. ROBINSON, JR.

Electronically filed with the Clerk
of the United States Bankruptcy
Court, this 30th day of December, 2009.

Copy of the foregoing mailed/hand
delivered this 30th day of December, 2009 to:

Dianne C. Kerns, Esq.
Office of the Chapter 13 Trustee
PMB# 143
7320 North La Cholla Blvd, # 154
Tucson, Arizona 85741-2305

Madeline Wanslee
201 E. Washington
STE 800
Phoenix, AZ 85004-2327
Statutory Agent for Arizona Central Credit Union

Arizona Central Credit Union Headquarters
2020 N. Central Avenue
Phoenix, AZ 85004

Guillermo & Denise Grajeda
455 E. Camino Luna Azul
Sahuarita, AZ 85629

All persons and entities listed on
the Master Mailing List attached:

By      /s/
   Rebecca L. Shoop, Paralegal for
   ROBINSON & RYLANDER, P.C.